# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES

V.

RANDY DONTRELLE MOYE

Revocation Hearing
**EXHIBIT AND WITNESS LIST**

Case Number: 4:09-CR-44-1BR

| PRESIDING JUDGE DAVID W. DANIEL | PLAINTIFF'S ATTORNEY W. GLENN PERRY - SAUSA | DEFENDANT'S ATTORNEY DANIEL DOLAN |
|---|---|---|
| TRIAL DATE (S) 5/24/2010 | COURT REPORTER FTR GOLD - Annex | COURTROOM DEPUTY SHELIA FOELL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5/24/2010 | X | X | Warrant for Arrest - 10-CR-53874- Pitt County |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

| File No. 10CR 053874 | Law Enforcement Case No. 7962 | LID No. | SID No. | FBI No. |
|---|---|---|---|---|

# WARRANT FOR ARREST

**Offense**
I OBTAIN PROPERTY FALSE PRETENSE

# STATE OF NORTH CAROLINA
PITT County — In The General Court Of Justice District Court Division

**THE STATE OF NORTH CAROLINA VS.**

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

**Name And Address Of Defendant**
DONTRELL RANDY MOYE

GREENVILLE
GREENVILLE    NC    27834
PITT COUNTY

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly with the intent to cheat and defraud, obtain or attempt to obtain U S CURRENCY from TRADID, GREENVILLE, N. C. this property was obtained by means of USED HIS I D TO RECEIVE CASH KNOWING THAT THE RING BEING PONDED WAS NOT HIS when in fact PRETENDING TO OWN A RING KNOWING IT WAS NOT HIS.

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | M | 12, /1982 | |

**Social Security No.** | **Drivers License No. & State**

**Name Of Defendant's Employer**

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2632 | I 14-100 |

**Date Of Offense**
05/11/2010

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
J M MILLER
GREENVILLE POLICE DEPARTMENT
500 SOUTH GREENE ST
GREENVILLE    NC    27834
PITT COUNTY    (252) 329-4315

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**

GOVERNMENT EXHIBIT
CASE NO. 4:09CR44
EXHIBIT NO. 1
5/24/10

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| J H DUPREE | Pitt County Courthouse; DC01 | 05/12/2010 |
| [X] Magistrate  [ ] Deputy CSC | 100 W THIRD ST | Court Time |
| [ ] Assistant CSC  [ ] Clerk Of Superior Court | GREENVILLE,NC 27835 | 08:30 [X] AM [ ] PM |

[X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan
**Date Issued** 05/11/2010

AOC-CR-100, Rev. 3/09 (Structured Sentencing)
© 2009 Administrative Office of the Courts

(over)

**OTHER AGENCY COPY - NOT FOR SERVICE**