IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:09-CR-00044-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RANDY DONTRELLE MOYE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court for the purpose of determining whether Defendant's bond should be revoked. A hearing was held on May 24, 2010, where the Government and the Defendant presented evidence.

The Court finds that there is probable cause to believe that Defendant committed a crime while on release and that there is clear and convincing evidence that Defendant violated other conditions of his release. The Court further finds that Defendant is unlikely to abide by any condition or combination of conditions of release.

Accordingly, pursuant to 18 U.S.C. § 3148 (b), Defendant's pretrial release is **ORDERED** revoked, and Defendant is remanded to custody pending arraignment.

This the 28 day of May, 2010.

DAVID W. DANIEL
United States Magistrate Judge