UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Randy Dontrelle Moye                                                  Docket No. 4:09-CR-44-1BR

**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Randy Dontrelle Moye, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and a Quantity of Cocaine in violation of 21 U.S.C. § 846, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on January 31, 2011, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Randy Dontrelle Moye was released from custody on September 9, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 25, 2017, the defendant submitted a urine specimen which was subsequently determined by the national laboratory to be positive for cocaine. When confronted with the laboratory results on October 13, 2017, Moye admitted his drug use in writing. The defendant agreed to complete a substance abuse assessment, participate in any treatment recommended, cooperate with the Surprise Urinalysis Program, complete community service, and adhere to the DROPS program. It is respectfully recommended that the conditions of supervised release be modified to add 24 hours of community service and the DROPS condition in the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

**Randy Dontrelle Moye**
**Docket No. 4:09-CR-44-1BR**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Tuell Waters
Tuell Waters
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: October 16, 2017

## ORDER OF THE COURT

Considered and ordered this 17 day of October, 2017, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge