UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Motion for Revocation on Offender Under Supervised Release

| | | | |
|---|---|---|---|
| Name of Offender: | Randy Dontrelle Moye | Case Number: | 4:09-CR-44-1BR |
| Name of Sentencing Judge: | Honorable W. Earl Britt | | |
| Date of Original Sentence: | January 31, 2011 | | |
| Original Offense: | Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and a Quantity of Cocaine in violation of 21 U.S.C. § 846 | | |
| Original Sentence: | 72 months imprisonment; 5 years supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 9/9/2015 |
| Defense Attorney: | Daniel James Dolan | | |

EARLIER COURT ACTION

11/9/2015    An Order was filed denying a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

10/17/2017    A Petition for Action was filed adding 24 hours of community service and the DROPS condition.

11/1/2017    A DROPS Interim Positive Report was submitted to the court reporting the urinalysis collected on October 13, 2017, was positive for cocaine use.

PETITIONING THE COURT

Violation 1 -    Using a controlled substance. On November 29, 2017, the defendant provided a urine specimen which was determined by the national laboratory to be positive for cocaine use.

Violation 2 -    Using a controlled substance. On December 4, 2017, the defendant provided a urine specimen which was determined by the national laboratory to be positive for cocaine use. This is Moye's fourth positive urinalysis within a 12 month period.

In view thereof, we respectfully petition the court to schedule a hearing, issue a notice to the defendant, and recommend that the term of supervision be revoked.

This the 19th day of December, 2017.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Tuell Waters |
| Dwayne K. Benfield | Tuell Waters |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Rm 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2344 |
| | Executed On: December 19, 2017 |