UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 4:09-CR-44-1BR

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Randy Dontrelle Moye** | ) | |
| | ) | |

   On January 31, 2011, Randy Dontrelle Moye appeared before the Honorable W. Earl Britt, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and a Quantity of Cocaine in violation of 21 U.S.C. § 846 was sentenced to the custody of the Bureau of Prisons for a term of 72 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 5 years upon release from imprisonment. Randy Dontrelle Moye was released from custody and the term of supervised release commenced on September 9, 2015.

   From evidence presented at the revocation hearing on February 2, 2018, the court finds as a fact that Randy Dontrelle Moye, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Using a controlled substance.

   **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 1 day. It is further ordered that the defendant be placed on supervised release for a term of 3 years upon release from imprisonment under the conditions previously imposed.

   **IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 6 day of February, 2018.

                                                            W. Earl Britt
                                                            Senior U.S. District Judge