UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 4:09-CR-44-1BR

**United States Of America** )
)
vs. ) **ORDER TERMINATING**
) **SUPERVISION**
**Randy Dontrelle Moye** )
)

On January 31, 2011, Randy Dontrelle Moye appeared before the Honorable W. Earl Britt, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and a Quantity of Cocaine in violation of 21 U.S.C. § 846, was sentenced to the custody of the Bureau of Prisons for a term of 72 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 5 years upon release from imprisonment. Randy Dontrelle Moye was released from custody and the term of supervised release commenced on September 9, 2015. This term of supervised release was revoked on February 6, 2018, and the defendant was ordered to be imprisoned for a period of one day followed by a three year term of supervised release.

From evidence presented at the revocation hearing on August 27, 2018, the court finds as a fact that Randy Dontrelle Moye, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Using a controlled substance.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and terminating supervised release.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that the supervised release term heretofore granted be terminated.

This the __30__ day of August, 2018.

W. Earl Britt
Senior U.S. District Judge